UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RAY FRANK SIMPSON, JR. | CIVIL ACTION |
| VERSUS | NO. 14-1040 |
| MICHAEL D. CLEMENT | SECTION "A" (2) |

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Accordingly,

**IT IS ORDERED** that plaintiff's Section 1983 complaint is hereby **DISMISSED WITH PREJUDICE** as legally frivolous, for failure to state a claim or on judicial immunity grounds under 28 U.S.C. § 1915(e)(2).

August 14, 2014

_____
UNITED STATES DISTRICT JUDGE